IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BONNIE S. LARSEN, an Individual;**<br><br>**Plaintiff,**<br><br>vs.<br><br>**NEBRASKA ENERGY FEDERAL CREDIT UNION,**<br><br>**Defendant.** | **8:22CV13**<br><br>**AMENDED CASE PROGRESSION ORDER** |

This matter comes before the Court on the parties' Agreed Motion to Extend Progression Order Dates (Filing No. 31). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Agreed Motion to Extend Progression Order Dates (Filing No. 31) is granted, and the case progression order is amended as follows:

1) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **April 28, 2023**.

2) The planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 3, 2023**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. The planning conference scheduled on February 6, 2023, is cancelled

3) The deadline for filing motions to dismiss and motions for summary judgment is **June 30, 2023**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is 60 days before trial.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 31st day of January, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge